FILED

2018 APR 25  PM 3: 18

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:18-cr-96-ON-18DCI
18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)

RHAPSODY TOWNSEND

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 19, 2018, in the Middle District of Florida, the

defendant,

**RHAPSODY TOWNSEND,**

having been previously convicted in any court of a crime punishable by

imprisonment for a term exceeding one year, including:

1.  Burglary of a Conveyance, on or about October 5, 2000

2.  Possession of Cocaine, on or about December 20, 2004

3.  Battery, on or about February 21, 2006

4.  Possession of Cocaine, on or about May 14, 2007

5.  Possession of Cocaine, on or about September 19, 2007

6.  Attempted Manufacture of Cocaine, on or about October 19, 2007

7. Driving while License Revoked as a Habitual Offender, on or about January 28, 2011

8. Possession of Cocaine, on or about June 25, 2012

9. Possession of Cocaine, on or about February 12, 2015

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, an IMEZ firearm, a Springfield Armory firearm, and Federal Cartridge ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about January 19, 2018, in the Middle District of Florida, and elsewhere, the defendant,

## RHAPSODY TOWNSEND,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1.      The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

2.      Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.      Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4.      The property to be forfeited includes, but is not limited to, the following:  an IMEZ firearm, a Springfield Armory firearm, and Federal Cartridge ammunition.

5.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third

        party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be

        divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Kara M. Wick
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

4

FORM OBD-34
April 18

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

RHAPSODY TOWNSEND

## INDICTMENT

Violations:   18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)

A true bill,

_Elizabeth A M Christy_
Foreperson

Filed in open court this 25th day of April, 2018.

_____
Clerk

Bail $_____

GPO 863 525