UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                        CASE NO. 6:18-cr-96-Orl-18DCI

RHAPSODY TOWNSEND

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐   IS            related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated:   April 27, 2018

                                Respectfully submitted,

                                MARIA CHAPA LOPEZ
                                United States Attorney

By:   *s/ Kara M. Wick*
      Kara M. Wick
      Assistant United States Attorney
      Florida Bar No. 0085578
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:   (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail:      Kara.Wick@usdoj.gov

**U.S. v. RHAPSODY TOWNSEND   Case No. 6:18-cr-96-Orl-18DCI**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    N/A

    *s/ Kara M. Wick*
    Kara M. Wick
    Assistant United States Attorney
    Florida Bar No. 0085578
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:   (407) 648-7500
    Facsimile:   (407) 648-7643
    E-mail:   Kara.Wick@usdoj.gov