AO 442 (Rev. 11/11) Arrest Warrant

FILED ID # 10563653

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

2018 MAY -4 PM 2:42

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 6:18-cr-96-ORL-18-DCI |
| RHAPSODY TOWNSEND | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RHAPSODY TOWNSEND

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm, and Possession with intent to distribute a controlled substance, cocaine, in violation of 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 841(a)(1), respectively.

Date: 04/25/18

*Issuing officer's signature*

City and state: Orlando, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/25/18, and the person was arrested on *(date)* 5/4/18
at *(city and state)* Orlando, FL.

Date: 5/4/18

*Arresting officer's signature*

Jessica Smith   ATF Special Agent
*Printed name and title*